IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KELLY WAYNE EASLEY**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 5:25-cv-00016-DCB-BWR**

**PIKE COUNTY JAIL**  **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED**, this 3rd day of July, 2025.

s/David Bramlette
UNITED STATES DISTRICT JUDGE